UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-62765-Scola

CHRISTOPHER HANSEN, an individual,

        Plaintiff,

v.

BEACH BUMS POMPANO II, L.L.C.,
and ATLANTIC 3350, L.L.C.,

        Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT, BEACH BUMS POMPANO II, L.L.C.

Plaintiff, CHRISTOPHER HANSEN, by and through undersigned counsel, hereby dismisses this matter *without prejudice* against BEACH BUMS POMPANO II, L.L.C., only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff reserves all rights to proceed against ATLANTIC 3350, L.L.C. and any other Defendants.

Dated this June 25, 2015

LAUREN N. WASSENBERG, ESQ
*Attorney for Plaintiff*
429 Lenox Avenue STE P503
Miami Beach, FL 33139
Ph: 305-804-5435
Email: WassenbergL@gmail.com

By: s/  Lauren N. Wassenberg____
      Lauren N. Wassenberg, Esq.
      Florida Bar No. 34083

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 25th day of June 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                By: s/ Lauren Wassenberg
                Lauren Wassenberg, Esq.
                Florida Bar No.: 34083